# Exhibit 4

**U.S. Design Patent No. US D723,336 S**
**MUG WITH BASKETBALL HOOP**

**COMPARISON WITH VITA GOODS INFRINGING PRODUCT**



2

